UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSEVIER INC et al, | No. C 05-3885 MHP |
| Plaintiff(s), | **DIVISIONAL REASSIGNMENT ORDER** |
| v. | |
| CANN COPY & PRINTING et al, | |
| Defendant(s). | |

Upon completion of the Initial Case Management Conference, held before this court on February 1, 2006, this Court has concluded that this case should reside in the San Jose Division. It is therefore ordered that the above-listed action shall be transferred to the San Jose Division for the Northern District of California for all further proceedings, including all pretrial and trial matters.

Dated: February 2, 2006

MARILYN HALL PATEL
United States District Judge