**E-filed 5/15/06**

Micah R. Jacobs (State Bar No.174630)
JACOBS & FERRARO, LLP
One Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: 415-773-2852
Facsimile: 415-773-2854

William S. Strong, Esq.
Amy C. Mainelli, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

Attorneys for Plaintiffs,
Elsevier, Inc., Houghton Mifflin Co., Oxford University Press, Inc., Pearson Education, Inc., Thomson Learning, Inc., and John Wiley & Sons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSEVIER, INC., a New York corporation, HOUGHTON MIFFLIN CO., Massachusetts corporation, OXFORD UNIVERSITY PRESS, INC., a Delaware non-profit corporation, PEARSON EDUCATION, INC., a Delaware corporation, THOMSON LEARNING, INC., a Delaware corporation and JOHN WILEY & SONS, INC, a New York corporation<br><br>Plaintiffs,<br><br>vs.<br><br>CANN COPY & PRINTING and TAN TIEN PUBLICATIONS, California corporations and DAVID GIANG, TAN GIANG, BUI QUYEN, DO KIMLAN, and VIEN TAN, individuals,<br><br>Defendants. | CASE NO.: C 05-03885 (JF)<br><br>STIPULATION OF DISMISSAL OF DEFENDANT BUI QUYEN WITHOUT PREJUDICE |

1
STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

Plaintiffs ELSEVIER, INC., HOUGHTON MIFFLIN CO., OXFORD UNIVERSITY PRESS, INC., PEARSON EDUCATION, INC., THOMPSON LEARNING, INC., and JOHN WILEY & SONS, INC. and Defendant QUYEN BUI hereby stipulate and move that this action be dismissed without prejudice as to defendant Quyen Bui, each party to bear its own costs.

Dated: May 4, 2006

JACOBS & FERRARO, LLP

By: _____
    Micah R. Jacobs

And

William S. Strong, Esq.
Amy C. Mainelli, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

Attorneys for Plaintiffs,
Elsevier, Inc., Houghton Mifflin Co., Oxford University Press, Inc., Pearson Education, Inc., Thomson Learning, Inc., and John Wiley & Sons, Inc.

By: _[signature]_
    Quyen Bui
    Defendant

IT IS SO ORDERED.

5/15/06

_[signature]_

JUDGE JEREMY FOGEL, US DISTRICT COURT